**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lori Brostrom, Robert T. Dolan, Jr., William L. Goodman, Thomas M. Gregorich, Howard Latham, Michael Levine and John Mosey,

Plaintiffs,

v.

Moore North America, Inc.,

Defendant.

**Civ. No.** 00-1069 ADM/AJB

**STIPULATION FOR EXTENSION OF FILING DEADLINE** and order

TO: Court Administrator, United States District Court, 514 U.S. Courthouse, 110 South Fourth Street, Minneapolis, Minnesota, 55401, and Lori Brostrom, Robert T. Dolan, Jr., William L. Goodman, Thomas M. Gregorich, Howard Latham, Michael Levine and John Mosey, Plaintiffs above named, and Paul J. Zech and Stephen E. Yoch, of Felhaber Larson, Fenlon & Vogt, P.A., 601 Second Avenue South, Suite 4200, Minneapolis, MN, 55402, their Attorneys.

Plaintiffs Lori Brostrom, Robert T. Dolan, Jr., William L. Goodman, Thomas M. Gregorich, Howard Latham, Michael Levine and John Mosey ("Plaintiffs") commenced this action in Minnesota State District Court, Hennepin County, by serving Defendant Moore North America, Inc. ("Moore") with a Summons and Complaint on April 3, 2000. Moore then removed this action on April 26, 2000 to Federal District Court for the District of Minnesota, pursuant to 28 U.S.C. §§ 1332 and 1441, based on diversity jurisdiction. This case has not yet been unassigned to a Judge in Federal District Court, and as of yet there is no Scheduling Order.

Based on the removal date of this action, the provisions in F.R.Civ.P. 6(a) for time computation, and the provisions in F.R.Civ.P. 81(c) setting the time within which a defendant must file an answer or other defenses and objections following removal, the date for filing an

FILED MAY 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

answer or other defenses and objections under the rules is May 3, 2000. The above-named parties hereby stipulate to an extension of that date by no more than two weeks from the current deadline, i.e., until no later than May 17, 2000.

It is further stipulated that an Order in accordance with the terms of this Stipulation may be entered by the Court without further notice.

Date: 5/1/00, 2000

**FELHABER LARSON, FENLON & VOGT, P.A.**

By ______________________
Paul J. Zech (#162450)
Stephen E. Yoch (#213901)
601 Second Avenue South
Suite 4200
Minneapolis, MN 55402
Telephone No.: (612) 373-8436

**ATTORNEYS FOR PLAINTIFFS**

Date: 5-1-00, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By ______________________
David B. Potter (#121642)
Jennifer K. Eggers (#244582)
Plaza VII Building, Suite 3400
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone No.: (612) 607-7000
Fax Telephone No.: (612) 607-7100

**ATTORNEYS FOR DEFENDANT MOORE NORTH AMERICA, INC.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lori Brostrom, Robert T. Dolan, Jr., William L. Goodman, Thomas M. Gregorich, Howard Latham, Michael Levine and John Mosey,

Plaintiffs,

v.

Moore North America, Inc.,

Defendant.

**Civ. No.** 00-1069 ADM/AJB

**ORDER**

---

Pursuant to the Stipulation executed by counsel herein, the Court hereby extends the deadline by which Defendant Moore North America, Inc. must file an answer or other defenses and objections following its removal of this matter to this Court, from May 3, 2000 until no later than May 17, 2000.

It is so ordered.

Dated this 3rd day of May, 2000

______________________

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______