ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Lori Brostrom, Robert T. Dolan, Jr., William L. Goodman, Thomas M. Gregorich, Howard Latham, Michael Levine and John Mosey,

Plaintiffs,

v.

Moore North America, Inc.,

Defendant.

**Civ. No. 0:00-CV-1069 (ADM/AJB)**

**STIPULATION AND ORDER DISMISSING ACTION**

---

WHEREAS the claims of Lori Brostrom, Robert T. Dolan, Jr., William L. Goodman, Thomas M. Gregorich, Howard Latham, Michael Levine and John Mosey in dispute in the above-entitled action have been settled and disposed of by way of compromise between the parties,

IT IS STIPULATED by Lori Brostrom, Robert T. Dolan, Jr., William L. Goodman, Thomas M. Gregorich, Howard Latham, Michael Levine and John Mosey and Moore North America, Inc. that their claims in the above-entitled action be and the same hereby are dismissed on the merits and with prejudice but without costs to any party except that the plaintiff shall pay the clerk's fees.

IT IS FURTHER STIPULATED that an order dismissing the claims of Lori Brostrom, Robert T. Dolan, Jr., William L. Goodman, Thomas M. Gregorich, Howard Latham, Michael Levine and John Mosey in the above-entitled action in accordance with the terms of this stipulation may be entered by the Court without further notice.

FILED AUG 2 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Date: Aug. 10, 2000.

**FELHABER LARSON, FENLON & VOGT, P.A.**

By________________________________

Paul Zech #162450
Stephen E Yoch #213901
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 339-6321

**ATTORNEYS FOR PLAINTIFFS**

Date: 8-17-00, 2000.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By________________________________

David B. Potter #121642
Jennifer K. Eggers #244582
3400 Plaza VII Building, 45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7200

**ATTORNEYS FOR DEFENDANT MOORE NORTH AMERICA, INC.**

**ORDER FOR DISMISSAL**

Upon the foregoing Stipulation and the record and proceedings herein, the Court being advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed on its merits, with prejudice and without costs taxed against either party.

Dated: August 21, 2000

The Honorable Ann Montgomery
Judge of the District Court